# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| WARREN BANE,<br><br>               Plaintiffs,<br>v.<br><br>STATE CONTINUING EDUCATION, LLC,<br><br>               Defendant. | Case No. 4:18-cv-1827 |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiff Warren Bane, hereby give notice that the above captioned action is voluntarily dismissed without prejudice against the Defendant, State Continuing Education, LLC.

Dated: July 30, 2018

Respectfully Submitted,

*/s/ W. Craft Hughes*
W. Craft Hughes
Jarrett L. Ellzey
**HUGHES ELLZEY, LLP**
2700 Post Oak Blvd., Ste. 1120
Galleria Tower I
Houston, TX 77056
Phone: (713) 554-2377
Fax: (888) 995-3335
E-Mail: craft@hughesellzey.com
         jarrett@hughesellzey.com

**ATTORNEYS FOR PLAINTIFF**