United States District Court
Southern District of Texas
**ENTERED**
August 01, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WARREN BANE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-18-1827 |
| | § | |
| STATE CONTINUING EDUCATION, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the plaintiff's notice of dismissal, (Docket Entry No. 7), this action is dismissed without prejudice.

SIGNED on August 1, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge